# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY HOLMES,<br><br>        Petitioner,<br><br>  v.<br><br>NEIL McDOWELL,<br><br>        Respondent. | Case No. ED CV 16-0293 ODW (AFM)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: August 5, 2016

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE